**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> PRACTICAL FLOORING, INC., a Nevada corporation; and DANETTE BORDLEMAY-ROYBAL *aka* DANETTE ROYBAL, an individual, <br><br> Defendants. | Case No. 2:16-cv-00510-GMN-GWF <br><br><br> **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' counsel of record, and subject to the approval of the Court, that the dispositive motion deadline be extended 30 days to November 29, 2017. The current deadline is October 30, 2017. Discovery has closed.

The parties report that they have reached a tentative settlement of this matter, subject to reducing the settlement to writing and executing the same. Thus, the parties request 30 days within which to finalize settlement. Within 30 days, the parties expect to file a stipulation for dismissal, a status report, or, in the event any remaining contingencies to settlement are not able to be removed and a written settlement agreement is signed by the parties, to file dispositive motions.

This is the parties' first request for an extension of the dispositive motion deadline that does not also extend a discovery deadline. This request is not made for any improper purpose or delay. Based

upon the foregoing, the parties believe there is good cause for the requested extension because it is in furtherance of settlement and is in the interest of judicial economy.

Dated: October 26, 2017 **THE URBAN LAW FIRM**

      */s/ Sean W. McDonald*
Michael A. Urban, Esq.
Sean W. McDonald, Esq.
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

Dated: October 26, 2017 **KUNG & BROWN**

      */s/ Georlen Spangler*
Georlen Spangler, Esq.
214 South Maryland Parkway
Las Vegas, Nevada 89101
T: (702) 382-0883
F: (702) 382-2720
jspangler@ajkunglaw.com
*Counsel for Defendants, Practical Flooring, Inc.
  and Danette Roybal*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10/27/2017

105281